UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THOMAS HICKEY, )<br>        Defendant. ) | Mag. Judge Case No. 17MJ 2358 |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Sean Bianchi, Senior Inspector, U.S. Marshals Service, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Thomas Hickey on an indictment returned in the District of New Hampshire, 17-CR-164-01-JL, charging the defendant with knowingly failing to register as a sex offender in New Hampshire, as required by the Sex Offender Registration and Notification Act in violation of 18 U.S.C. 2250(a), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Sean Bianchi
Senior Inspector

Subscribed and sworn to before me this 28th day of November, 2017.

_____
Marianne B. Bowler
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 17-cr- 164-01-JL |
| Thomas Hickey | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Thomas Hickey
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Failure to Register

Date: 11/2/2017

*Issuing officer's signature*

City and state: Concord, New Hampshire

Kathy DuPont, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |